United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H
FILED

2015 SEP 16 A 11:40

Luis Gonzalez
_____
Plaintiff

Capt. Itisco (official capacity)
Fitzpatrick (official capacity)
Zarsuect (official capacity)
Vizta (official capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

TO BE COMPLETED BY PLAINTIFF
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

　A. Please provide the following information for each plaintiff:

　　1. Name  Gonzalez   Luis   A
　　　　　　(Last)      (First)  (Initial)

　　2. Place of Detention  Hillsborough County D.O.C.

　　3. Institutional Address  445 Willow Street
　　　　Manchester, N.H. 03103

　　4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

　　　　[X] Pretrial Detention Order
　　　　[ ] Sentenced Inmate

　　5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name ~~Fitda~~ Fitzpatrick
   (Last)            (First)            (Initial)

2. Title ~~445 Willow Street~~ SGT

3. Address 445 Willow Street, Manchester, N.H. 03103

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: Assaulted by a Law-Enforcement Officer.

Supporting Facts: Jan, 2012, I was first maced by Sgt. Fitzpatrick, while within 2-B Solitary Confinement. Because I did flood my assign cell. I was told to lay down flat facing the wall to put my hands behind my back and cross my legs - which I comply. I was handcuffed and shackled and then my head was slamed to the coment floor, by C.O. Vizta after following there direc orders.

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                    Page 4

Allegation 2: Violation of my 1983 civil rights.

Supporting Facts: C.O. Zarnec did attemp to break my wrist. Whyle C.O. Vizta continued to slam my head upon the cement floor. Then I was lifted up by C.O. Vizta and C.O. Zarnec and transfered to another cell.

Allegation 3: threats upon my life and well being.

Supporting Facts: 2013, June, Capt. Itisco did inform staff member to escort me to his office. he asked me what was my problem, that why I wanted to get transfered to another county jail and I stated that I did not feel safe here, he asked me why and I told him because I was physicly assaulted by C.O.s he told me that I probably deserved that. if I give them problems I was looking fourd on getting killed. I told him I want no problems.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief Violation of my civil rights 8th admentments

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

the plaintiff, do seek lawful compensation of 1,750,000% for pain and suffering

Date: 9-3-15

Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                              Page 5

State of New Hampshire  ]
County of  Hillsborough  ]  ss
 ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

---

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

9-3-15
DATE

[signature]
SIGNATURE

---

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)   NO (__)
(check one only)

Date: 9-3-15

[signature]
Signature of Plaintiff

United States District Court
District of New Hampshire

Luis Gonzalez
_____
Plaintiff

Capt. Hixco (official capacity)
Vista (official capacity)
Fitzpatrick (official capacity)
Zarnec (official capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

TO BE COMPLETED BY PLAINTIFF
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

A. Please provide the following information for each plaintiff:

1. Name  Gonzalez            Luis           A
        (Last)              (First)      (Initial)

2. Place of Detention  Hillsborough County D.O.C.

3. Institutional Address  445 Willow Street
   Manchester, N.H. 03103

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☒ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name ~~Frank~~ Zurnec
   (Last)          (First)          (Initial)

2. Title _____

3. Address 445 willow street
   Manchester N.H 03103

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: Assaulted By a Law-Enforcement officer

Supporting *Facts*: Jan, 2012, I was first mace By Sgt. Fitzpatrick, while within 2-B Solitary Confinement. Because I did flood my assign Cell. I was told to lay down flat Facing the wall, put my hands behind my back and cross my legs - which I comply. I was handcuff and shackled and then my head was slamed to the floor By C.O. Vizta; after Following there direct orders.

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                                   Page 4

Allegation 2: **Violation of my 1983 Civil Rights**

Supporting Facts: C.O. Zarnec, did attemp to break my wrist, while C.O. Vizta continue to slam my head upon the cement floor. Then I was lifted up by C.O. Vizta and C.O. Zarnec and transfered to another cell within 2-B Housing. Afterwards, Sgt. Fitzpatrick did take many pictures and more after transfered back after cleaning it.

Allegation 3: **Threats upon my Life and wellBeing.**

Supporting Facts: 2013, June, Capt. Hisco did inform staff member to escort me to his office. he asked me what was my problem, that why I wanted to get moved to another county jail and I stated that I did not feel safe there. he told me why and I told him because I was physicly assaulted by C.O.'s. He told me that I probably deserved it and that if I give them problems againg, I was lookin foward to getting killed. I told him I want no problems.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.   Relief **Violation of my Civil Rights 8th ADmentment**

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

the Plaintiff, do seek Lawful compensation of $1,750,000°⁰⁄₀₀ for pain and suffering

Date: 9-03-15

Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)    Page 5

State of New Hampshire         ]
                               ]  ss
County of __Hillsborough__     ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___.

_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_9-03-15_                    _[signature]_
DATE                          SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)   NO (__)
(check one only)

Date: _9-03-15_              _[signature]_
                              Signature of Plaintiff

United States District Court
District of New Hampshire

Luis Gonzalez
_____
Plaintiff

Capt. Hisco (Official Capacity)
Vieta (Official Capacity)
Fitzpatrick (Official Capacity)
Zornec (Official Capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

TO BE COMPLETED BY PLAINTIFF
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

A. Please provide the following information for each plaintiff:

1. Name  Gonzalez          Luis          A
        (Last)            (First)      (Initial)

2. Place of Detention  Hillsborough County D.O.C

3. Institutional Address  445 Willow Street
   Manchester, N.H. 03103

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☒ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name ~~????~~ Hisco
   (Last)                    (First)              (Initial)

2. Title ~~Sgt~~ Capt.

3. Address 445 Willow Street
   Manchester, N.H. 03103

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: Assaulted By a Law-Enforcement officer.

Supporting *Facts*: Jan, 2012, I was first mace by Sgt. Fitzpatrick, while within 2-B Solitary Confinement. Because I did flood my assign cell I was told to lay down flat facing the wall, Put my hands behind my back and cross my legs — which I comply. I was handcuff and Shackled and then my head was slamed to the floor by C-O- Jizta, after following there direct orders.

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                              Page 4

Allegation 2: <u>Violation of my 1983 civil rights</u>

Supporting Facts: C.O. Zarnec, did attempt to break my wrist, while C.O. Vizta continue to slam my head upon the cement floor. then I was lifted up by C.O. Vizta and c-o Zarnec and transferd to another cell.

Allegation 3: <u>Threats upon my life and well being.</u>

Supporting Facts: 2013, June, Capt. Hisco did inform staff member to escort me to his office. he asked me what was my problem, that why I wanted to get transfered to another jail and I stated that I did not feel safe here. He asked me why and I told him because I was physicly assaulted by C.O.'s he told me I probably deserved it and that if I give them problems again I was looking forward on getting killed. I told him I want no problems.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. <u>Relief</u>  Violation of my civil rights 8th admentment

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

the plaitiff, do seek lawful compensation of 1,750,000% for pain and suffering

Date: _____     _____
                          Signature of Plaintiff

State of New Hampshire        ]
                              ]    ss
County of  Hillsborough       ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20____.

_____
Notary Public/Justice of the Peace

---

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

9-3-15
_____
DATE

_____[signature]_____
SIGNATURE

---

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES ( __ )   NO ( __ )
(check one only)

Date: 9-3-15     _____[signature]_____
                 Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                Page 6

United States District Court
District of New Hampshire

Luis Gonzalez
_____
Plaintiff

Capt. Hisco (Official Capacity)
Vista  v.  (Official Capacity)
Fitzpatrick (Official Capacity)
Zarnec (Official Capacity)
_____
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

TO BE COMPLETED BY PLAINTIFF
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

A. Please provide the following information for each plaintiff:

1. Name   Gonzalez         Luis           A
         (Last)            (First)        (Initial)

2. Place of Detention   Hillsborough County D-O-C

3. Institutional Address  445 Willow Street
   Manchester, N.H 03103

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   [X] Pretrial Detention Order
   [ ] Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name __Vizta_____
   (Last)            (First)            (Initial)

2. Title __C/O-1_____

3. Address __445 Willow Street_____
   __Manchester, N.H. 03103_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __Assaulted By a Law-Enforcement officer__

Supporting *Facts*: Jan, 2012, I was first mace By Sgt. Fitzpatrick, while within 2-B Solitary confinment. Because I did flood my Assign cell. I was told to lay down flat facing the wall, put my hands behind my back and cross my legs — which I comply. I was handcuff and shackled And then my head was slamed To the floor By C.O. Vizta, After Following there Direct orders.

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                    Page 4

Allegation 2: __Violation of my 1983 civil rights__

Supporting Facts: C.O. Zarnec did Attemp to Break my wrist, while C.O. Vizta continue to Slam my head upon the cement floor. Then I was lifted up by C.O. Vizta and C.O. Zarnec and transfered to another cell within 2-B housing. Afterwards, Sgt Fitzpatrick did take many pictures and more after transfered back After cleaning it.

Allegation 3: __Threats upon my life and wellbeing.__

Supporting Facts: 2013 June, Capt. Hisco did inform staff member to escort me to his office. he asked me what was my problem, that why I wanted to get moved to another county jail and I stated that I did not feel safe here. he told me why and I told him because I was physicly assaulted by C.O.s He told me that I probably deserved it and that if I give them problems againg I was lookin faward to getting killed. I told him I want no problems.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.  __Relief__  Violation of my civil rights 8th Admentment

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

the plaintiff, Do seek lawfull compensation of $1,750,000% for pain and suffering.

Date: 9-3-15

Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                     Page 5

State of New Hampshire            ]
                                  ]   ss
County of Hillsborough            ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

9-3-15
DATE

_[signature]_
SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (X)    NO (__)
(check one only)

Date: 9-3-15          _[signature]_
                      Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                Page 6