UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Luis Gonzalez, #18874
Hillsborough County Department of Corrections
445 Willow St
Manchester, NH 03103

**ORDER - FILING FEE OMITTED**

In re: File No. 1:15-fp-380, Luis Gonzalez v. FNU Fitzpatrick, et al

The above-captioned action was received by the court on September 16, 2015, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by November 16, 2015.

**Filing Fee.** Filing fee in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee), may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**.   If in forma pauperis status is sought:

• Financial Declaration (USDCNH-15 or substantially similar filing)

• Certificate of Custodial Institution (USDCNH-14 or substantially similar filing) completed by an official at the institution

• PLRA Consent Form

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted. If you are granted leave to proceed in forma pauperis the $50.00 administrative fee is waived but you must still pay the statutory filing fee of $350.00 in several installments.

By the Court,

*/s/ Lianne Lavigne*
Lianne Lavigne
Deputy Clerk

Date: September 17, 2015

Attachments