**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
 Daniel J. Lynch, Clerk of Court                                         Telephone: 603-225-1423
 Pamela E. Phelan, Chief Deputy Clerk                            Web: www.nhd.uscourts.gov

October 29, 2015

Luis Gonzalez, #18874
Hillsborough County Department of Corrections
445 Willow St
Manchester, NH    03103

        Re:     1:15-fp-380, Gonzalez v. FNU Fitzpatrick, et al

Dear Mr. Gonzalez,

        On October 29, 2015, the court received your correspondence inquiring as to the
status of your case and the in forma pauperis process.   The court is in receipt of all the
appropriate IFP forms, except a signed Prisoner Consent Form.   By signing the Prisoner
Consent Form, you are agreeing that the prison officials can withdraw a percentage of
money from your prison account, in monthly installments, payable to the U.S. District
Court until the filing fee has been paid in full.

        The Filing Fee Omitted Order, that was mailed to you on September 17, 2015,
indicated that this action will not be considered a civil case or any action taken until the
appropriate fee has been received or in forma pauperis status has been granted.   In short,
your case is at a stand-still until one of the above referenced options is received by the
court.

        If you have any other questions, please do not hesitate to contact the clerk's office.

                        Very truly yours,

                        DANIEL J. LYNCH, CLERK


                        */s/ Lianne Lavigne*
                        Lianne Lavigne